UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TYLER STAFFORD,

    Plaintiff,

v.                                                                              No. 1:24-CV-003-H

ACCURATE BACKGROUND, LLC,

    Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 17. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by October 18, 2024.

So ordered on August __6__, 2024.

                                                                      JAMES WESLEY HENDRIX
                                                                      UNITED STATES DISTRICT JUDGE